UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PORTCAAN UNIPESSOAL LDA,

    Plaintiff,

  v.

JOHN DOE, et al.,

    Defendants.

No. C18-881RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on June 15, 2018. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than October 5, 2018.

DATED this 14th day of September, 2018.

            /s/ Robert S. Lasnik
            Robert S. Lasnik
            United States District Judge

ORDER TO SHOW CAUSE