UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORTCAAN, UNIPESSOAL LDA, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE 1, *et al.*, <br><br> Defendants. | No. C18-0881RSL <br><br> PARTIAL DISMISSAL ORDER |

On September 14, 2018, the Court directed plaintiff to show cause why this case should not be dismissed for failure to timely serve. Dkt. # 8. Plaintiff was granted a sixty day extension of the deadline provided in Fed. R. Civ. P. 4(m), but was warned that his claims would be dismissed if he failed file an affidavit of service or a request for additional time by November 28, 2018.

Plaintiff served one of the defendants, Robert H. Johnson, on November 19th, as evidence by the affidavit of service filed on that date. No other affidavits of service have been filed. The claims against the remaining defendants (Doe 1/Robert Korczak, Doe 3/Global Private Financial Service LLC, Doe 4/Global Financial Private Capital, and Doe 5/Global Private Investments LLC) are therefore DISMISSED.

Dated this 29th day of November, 2018.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

PARTIAL DISMISSAL ORDER