UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PORTCAAN, UNIPESSOAL LDA,

        Plaintiffs,

    v.

JOHN DOE 1, *et al.*,

        Defendants.

No. C18-0881RSL

ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT

This matter comes before the Court on a plaintiff's request for default judgment against Robert H. Johnson, a/k/a John Doe 2. Dkt. # 16. Johnson's default was entered on December 13, 2018. Dkt. # 15.

Upon entry of default, the well-pleaded allegations of the complaint relating to defendant's liability are taken as true. The defaulting party is deemed to have admitted all allegations in the complaint pertaining to liability, but not allegations as to the amount of damages. See TeleVideo System, Inc. v. Heidenthal, 826 F.2d 915, 917-18 (9th Cir. 1987); Danning v. Lavine, 572 F.2d 1386, 1389 (9th Cir. 1978); Dundee Cement Co. v. Howard Pipe & Concrete Prods., Inc., 722 F.2d 1319, 1323 (7th Cir. 1983). In order to raise a plausible inference of defendant's liability, plaintiff alleged that it transferred €34,540 Johnson as a result of defendant's fraud and in violation of the Computer Fraud and Abuse Act. The motion for default judgment is based on that uncontested allegation and the accompanying declaration of counsel

ORDER DIRECTING ENTRY OF
DEFAULT JUDGMENT

setting forth the conversion rate, prejudgment interest, and costs associated with that loss.

Having reviewed the motion and the remainder of the record, plaintiff's request for judgment by default is GRANTED. The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendant Robert H. Johnson in the following amounts:

| | |
|---|---|
| Principal Amount of Judgment in USD: | $37,634.78 |
| Pre-judgment Interest at $2.77 per day: | $ 1,736.71 |
| Costs: | $    709.51 |

for a total of $40,081.00.

Dated this 9th day of January, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY OF
DEFAULT JUDGMENT                -2-